UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHYSICIANS HEALTHSOURCE, INC.,

    Plaintiff,

v.

STRYKER SALES CORPORATION,
STRYKER BIOTECH, L.L.C., STRYKER
CORPORATION, JOHN DOES 1–10, and
HOWMEDICA OSTEONICS CORP.,

    Defendants.
_____/

CASE NO. 1:12-CV-729

HON. ROBERT J. JONKER

## ORDER

Plaintiff's Motion for Order on Discovery (docket # 144) is **DENIED**.  The motion does not comply with the local rules requiring a brief, which is reason enough to deny it.  But more importantly, the Court will not at this time expand the simple order previously entered on this subject.  The Court has not seen the particulars of any subpoena nor the date and time of service.  If a third party has a problem with the subpoena even after receipt of a judge-signed order, the third party can and should proceed under Rule 45.  Plaintiff may also proceed under Rule 45 to enforce subpoenas over specific objections served by the third parties (beyond the simple lack of a judge-signed order).  Either process would permit the Court to make specific rulings in the context of specific objections.  The record as it stands does not permit that.

    **IT IS SO ORDERED**.

Dated:    May 9, 2014        /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE