UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHYSICIANS HEALTHSOURCE, INC.,

       Plaintiff,                           Case No. 1:12–cv–00729–RJJ

v.                                     Hon. Robert J. Jonker

STRYKER SALES CORPORATION, et al.,

       Defendants.
_____/

## ORDER

Defendants may file a response no later than May 30, 2014, to Plaintiff's Motion for Extension to Finalize the Subscriber List (docket # 148).

IT IS SO ORDERED.

Dated:  May 23, 2014                          /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                             United States District Judge