**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

# MINUTES

| | | | |
|---|---|---|---|
| Physicians Healthsource, Inc. | ) | | |
| | ) | | |
| Plaintiff, | ) | CASE NO. | 1:12-cv-729 |
| | ) | DATE: | March 21, 2016 |
| v. | ) | TIME: | 3:02 PM–3:46 PM |
| | ) | PLACE: | Grand Rapids |
| Stryker Sales Corporation, et al | ) | JUDGE: | ROBERT J. JONKER |
| | ) | | |
| Defendants. | ) | | |

_____

# APPEARANCES

PLAINTIFF:          David Max Oppenheim


DEFENDANT:          David S. Almeida, David J. Gass


# WITNESSES

PLAINTIFF:          N/A


DEFENDANT:          N/A


# PROCEEDINGS

NATURE OF HEARING:
Hearing on final approval of class action settlement. No objections from class members.
Settlement approved as fair and reasonable.


COURT REPORTER:    _Glenda Trexler_              _____Jacob Byl_____
                                                      Law Clerk